IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THEODORE SMITH, | : |
| Petitioner, | : |
| v. | : Civil Action No.<br>: 7:08-cv-20 (HL) |
| Warden RANDY K. TILLMAN, | : |
| Respondent. | : |

### ORDER

Before the Court is the Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 9), entered on February 4, 2010, in which the Magistrate Judge recommends that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 2) be denied.

Petitioner has filed an objection to the Recommendation (Doc. 10), as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the objection and made a *de novo* review of the portions of the Recommendation to which Petitioner objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (Doc. 2) is denied.

**SO ORDERED**, this the 21st day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

lmc